No. WR-82,685-01

WR-82,685-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/21/2015 2:55:19 PM
Accepted 5/22/2015 8:20:31 AM
ABEL ACOSTA
CLERK

**IN THE COURT OF CRIMINAL APPEALS**

RECEIVED
COURT OF CRIMINAL APPEALS
5/22/2015
ABEL ACOSTA, CLERK

**OF THE STATE OF TEXAS**

**EX PARTE BILLY WAYNE HAYNES, Applicant**

**On Application for a Writ of Habeas Corpus**
**Cause No. B-35,839-A in the 161st District Court of Ector County**

**TRIAL COURT'S MOTION FOR EXTENSION OF TIME**
**TO RESOLVE FACT ISSUES**

COMES NOW the Hon. John W. Smith, Judge of the 161st District Court of Ector County, Texas, and submits this Motion for Extension of Time to Resolve Fact Issues in accordance with Rule 10.5 (b) of the Texas Rules of Appellate Procedure, and in support thereof would show:

I.

Billy Wayne Haynes, hereinafter Applicant, has pending before this Court an application for a writ of habeas corpus. This Court issued an order to the 161st Judicial District Court of Ector County regarding the writ, directing it to order trial counsel and appellate counsel to respond to Applicant's claims as asserted in the habeas application. The 161st District

Court was directed to then make findings of fact and conclusions of law regarding the claims raised in the habeas application. This Court's order was dated February 25, 2015, and stated that the fact issues pertaining to ineffective assistance of counsel shall be resolved by the 161st District Court within 90 days of the order, or May 26, 2015.

## II.

Pursuant to this Court's directive, the 161st District Court issued written orders directing Applicant's trial and appellate counsel to submit affidavits responsive to Applicant's allegations. The 161st District Court and the State have experienced some difficulty in obtaining those affidavits from trial and appellate counsel.

## III.

In light of these difficulties, the 161st District Court requests an additional 60 days from the date of this motion for the trial court to resolve the fact issues, until July 20, 2015. This is the first motion for extension of time submitted by the noted parties in this case.

WHEREFORE, PREMISES CONSIDERED, the 161st Judicial District Court requests that this Court grant an extension of the deadline for the 161st District Court's resolution of the fact issues in this case to July 20, 2015.

Respectfully Submitted,

**161st Judicial District Court**
**Ector County, Texas**

**/s/ Hon. John W. Smith**
**Hon. John W. Smith**
**Presiding Judge**

Ector County Courthouse
300 N. Grant, Room 316
Odessa, Texas 79761
(432) 498-4260 Phone
(432) 498-4173 Fax

Certificate of Service

I certify that on this 21st day of May, 2015, a copy of the foregoing motion was mailed to Applicant Billy Wayne Haynes, #1723231, Clements H/S, 9601 Spur 591, Amarillo, Texas 79107

/s/ Hon. John W. Smith
Hon. John W. Smith

Certificate of Compliance

I certify that the foregoing motion consists of 459 words and is typed in 14-point Times New Roman Font.

/s/ Hon. John W. Smith
Hon. John W. Smith